BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
manifold@whafh.com
tramontano@whafh.com

*Counsel for Plaintiff Nathan Silva and Local*
*Counsel for Plaintiff Kenneth Blevins*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PALO ALTO NETWORKS, INC. DERIVATIVE LITIGATION <br><br>——————————————<br><br> THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Lead Case No. 3:24-CV-02350-CRB <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION** |

1    Plaintiffs Nathan Silva and Kenneth Blevins (together, "Plaintiffs"), derivatively on behalf of

2    Nominal Defendant Palo Alto Networks, Inc. ("Palo Alto Networks" or the "Company"), and Defendants

3    Nikesh Arora, Nir Zuk, Aparna Bawa, John M. Donovan, Carl Eschenbach, Helene D. Gayle, James J.

4    Goetz, John Key, Mary Pat McCarthy, Lorraine Twohill, Dipak Golechha, and Lee Klarich (the

5    "Individual Defendants" and, together with Palo Alto Networks, the "Defendants") (Defendants and

6    Plaintiffs, taken together, are referred to herein as the "Parties") hereby stipulate and respectfully request

7    that the Court enter an Order staying the above-captioned derivative action (the "Consolidated Derivative

8    Action").

9    WHEREAS, on April 19, 2024, Plaintiff Silva filed a shareholder derivative action on behalf of

10   Palo Alto Networks against the Individual Defendants in this Court (the "*Silva* Action");

11   WHEREAS, on May 15, 2024, Plaintiff Blevins filed a shareholder derivative action on behalf of

12   Palo Alto Networks against the Individual Defendants in this Court (the "*Blevins* Action"), involving

13   substantially similar transactions, events, and legal issues as the *Silva* Action.

14   WHEREAS, on August 7, 2024, this Court entered an order, consolidating the *Silva* Action and

15   the *Blevins* Action into the Consolidated Derivative Action;

16   WHEREAS, the Consolidated Derivative Action includes allegations that overlap substantially

17   with those in a putative securities class action captioned *In re Palo Alto Networks, Inc. Securities*

18   *Litigation*, No. 3:24-cv-01156 (N.D. Cal.), currently pending in this Court (the "Securities Class Action");

19   WHEREAS, the defendants in the Securities Class Action expect to pursue a motion to dismiss,

20   the outcome of which will be informative to the litigation of the Consolidated Derivative Action;

21   WHEREAS, the parties have conferred and agree that it would serve the interests of justice,

22   efficiency, and judicial economy to temporarily stay the Consolidated Derivative Action pending the final

23   resolution of any motion(s) to dismiss in the Securities Class Action, including the final and full resolution

24   of any appeals taken from any order(s) related to such motion(s) in the Securities Class Action;

25   IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, by and through

26   their undersigned counsel, and subject to approval of the Court, as follows:

27

28

1.      This action (including all discovery) is hereby stayed until at least 30 days after the earlier of: (a) the denial of any motion to dismiss filed by the Securities Class Action defendants in the Securities Class Action; (b) the dismissal of the Securities Class Action, with prejudice, and exhaustion of all appeals related thereto; or (c) the public announcement of a settlement of the Securities Class Action. Any party may move the Court to lift the stay before it expires on its own terms, following fourteen (14) days written notice to the other parties and upon a showing of good cause; provided that, if a separate shareholder derivative action arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action is not stayed for a similar or longer duration as the Consolidated Derivative Action, Plaintiff shall have the option to terminate the stay within fourteen (14) days after filing notice with the Court. The expiration or termination of the stay shall be without prejudice to Defendants' ability to move the Court for a further stay of this Action.

2.      Within 30 days of the occurrence of one or more of the events identified in paragraph 1(a)-(c) above, the parties shall meet and confer and file a proposed schedule with the Court.

3.      Notwithstanding the stay of this action, Plaintiffs may file an amended consolidated complaint, and, in the event any other shareholder derivative actions arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action ("Related Derivative Actions") are filed in this Court, Plaintiffs may file or respond to any motion(s) seeking consolidation and/or a leadership structure to govern such proposed consolidated action. Defendants need not answer, move or otherwise respond to any amended complaint during the pendency of this stay and until the parties have agreed on (or the Court orders) a schedule.

4.      During the pendency of this stay, Defendants shall notify counsel representing the Plaintiffs ("Plaintiffs' Counsel") if a Related Derivative Action is filed.

5.      During the pendency of this stay, Nominal Defendant Palo Alto Networks shall promptly produce to Plaintiffs any documents produced, written discovery, and deposition transcripts in any related derivative actions or related threatened derivative actions (including shareholders who receive documents in connection with a books and records demand pursuant to 8 *Del. C.* § 220) arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action, subject to a

reasonable confidentiality agreement or protective order that permits Plaintiffs to use the discovery in the Consolidated Derivative Action.

6.      During the pendency of this stay, and for six months thereafter, Defendants shall attempt in good faith to include Plaintiffs in any mediations and in any formal settlement talks between the parties in the Securities Class Action, in any related derivative actions, and in any threatened derivative actions. In the event that Plaintiffs are not able to participate in the mediations, then Defendants agree to mediate with Plaintiffs on a date shortly after the mediation in the Securities Class Action.

7.      By entering this Stipulation, the Parties do not waive any rights not specifically addressed herein or to seek such other relief as may be appropriate as circumstances may develop or warrant in this or any related action, and expressly reserve all such rights.

**IT IS SO STIPULATED**

Dated: September 9, 2024                Respectfully submitted,

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

*/s/ Alex J. Tramontano*
BETSY C. MANIFOLD
RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
LEAD CASE NO. 3:24-CV-02350-CRB

1

Garden City, NY 11530
Telephone: (516) 683-3516

2

*Co-Lead Counsel for Plaintiffs*

3

4

**MORRISON & FOERSTER LLP**

5

*/s/ David J. Wiener*

6

David J. Wiener (CA SBN 291659)
Jordan Eth (CA SBN 121617)

7

Anna Erickson White (CA SBN 161385)
Hanna M. Lauritzen (CA SBN 339895)

8

425 Market Street
San Francisco, California 94105-2482

9

Telephone:    415.268.7000
Facsimile:    415.268.7522

10

DWiener@mofo.com
JEth@mofo.com

11

AWhite@mofo.com
HLauritzen@mofo.com

12

*Counsel for Nominal Defendant*

13

PALO ALTO NETWORKS, INC.
*and Defendants* NIKESH ARORA, NIR ZUK,

14

APARNA BAWA, JOHN M. DONOVAN,
CARL ESCHENBACH, HELENE D. GAYLE,

15

JAMES J. GOETZ, JOHN KEY,
MARY PAT McCARTHY,

16

LORRAINE TWOHILL, DIPAK GOLECHHA,
and LEE KLARICH

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
LEAD CASE NO. 3:24-CV-02350-CRB

**SIGNATURE ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

DATED: September 9, 2024                    /s/ Alex J. Tramontano
                                            ALEX J. TRAMONTANO

1

2                          **[PROPOSED] ORDER**

3

4              PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6
   DATED:  September 10, 2024              _____
7                                              HON. CHARLES R. BREYER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION
LEAD CASE NO. 3:24-CV-02350-CRB